and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RONALD M. HULL, Appellant, v. MURRY SIMONS and Others, Respondents.— Order so far as appealed from modified by further granting the motion as to items 1, 2, 3 in toto, 4 and 8, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LINCOLN DISCOUNT CORPORATION, Appellant, v. FRANK RANERI, Defendant, Impleaded with SAM CARLIN, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin and O'Malley, JJ., dissent and vote for affirmance.

CORINNE E. O'DONNELL, Respondent, v. WILLIAM J. O'DONNELL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE BANK OF UNITED STATES, Respondent, v. 4320 BROADWAY BUILDING CORPORATION and Others, Defendants. (SAMUEL BERZICK, Assignee of 4320 BROADWAY BUILDING CORPORATION, Appellant.) — Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. (See *Matter of Carnegie Trust Co.*, 161 App. Div. 280; *Chemical National Bank* v. *Armstrong*, 59 Fed. 372, and *Armstrong* v. *American Exchange National Bank of Chicago*, 133 U. S. 433.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HELEN BUMILLER, an Infant, by FRANK M. BUMILLER, Her Guardian ad Litem, and Another, Respondents, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

HELEN BUMILLER, an Infant, by FRANK M. BUMILLER, Her Guardian ad Litem, and Another, Respondents, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.—Appeal dismissed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

JOSEPH E. LEVINE, Respondent, v. MAURICE S. BENJAMIN and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes to reverse and deny the motion as to the items appealed from.

JAMES H. HALPIN, Respondent, v. HARRY COOPER, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

REBECCA HANDLER, Respondent, v. DANIEL HANDLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY PACKARD, Appellant, v. JAMES S. BOLAN, Commissioner of Police of The City of New York, etc., and Others, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.